## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

THOMAS ETIENNE ROTHSCHILD,

      Plaintiff,

v.                                    No. 1:22-cv-00227-KWR-SCY

NEW MEXICO DEPARTMENT OF
FINANCE AND ADMINISTRATION,

      Defendant.

### RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order

of Dismissal (**Doc. 7**) entered on **May 17, 2022**, which dismissed all of Plaintiff's claims.

      **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

 

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**